JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Centene Corporation; WellCare Health Plans, Inc.; New York Quality Healthcare Corporation dba Fidelis Care; Health Net, LLC

## DEFENDANTS

Merck & Company, Inc., et al.
(See Schedule B)

**(b)** County of Residence of First Listed Plaintiff    St. Louis, Missouri
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Kenilworth, New Jersey
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
CROWELL & MORING LLP
(See Schedule A)

Attorneys *(If Known)*
(See Schedule C)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | of Property 21 USC 881 | [ ] 423 Withdrawal | [ ] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | [ ] 690 Other | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument | Liability | **PERSONAL INJURY** | | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | [ ] 365 Personal Injury - | **INTELLECTUAL** | [x] 410 Antitrust |
| & Enforcement of Judgment | Slander | Product Liability | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | [ ] 367 Health Care/ | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted | Liability | Pharmaceutical | [ ] 830 Patent | [ ] 460 Deportation |
| Student Loans | [ ] 340 Marine | Personal Injury | [ ] 835 Patent - Abbreviated | [ ] 470 Racketeer Influenced and |
| (Excludes Veterans) | [ ] 345 Marine Product | Product Liability | New Drug Application | Corrupt Organizations |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 368 Asbestos Personal | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | Injury Product | [ ] 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Liability | Act of 2016 | [ ] 485 Telephone Consumer |
| [ ] 190 Other Contract | Product Liability | **PERSONAL PROPERTY** | | Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | [ ] 370 Other Fraud | **LABOR** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | Injury | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards | [ ] 850 Securities/Commodities/ |
| | [ ] 362 Personal Injury - | [ ] 380 Other Personal | Act | Exchange |
| | Medical Malpractice | Property Damage | [ ] 720 Labor/Management | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 385 Property Damage | Relations | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | Product Liability | [ ] 740 Railway Labor Act | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | **PRISONER PETITIONS** | [ ] 751 Family and Medical | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | **Habeas Corpus:** | Leave Act | Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ | [ ] 463 Alien Detainee | [ ] 790 Other Labor Litigation | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | Accommodations | [ ] 510 Motions to Vacate | [ ] 791 Employee Retirement | [ ] 899 Administrative Procedure |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | Sentence | Income Security Act | Act/Review or Appeal of |
| | Employment | [ ] 530 General | **SOCIAL SECURITY** | Agency Decision |
| | [ ] 446 Amer. w/Disabilities - | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) | [ ] 950 Constitutionality of |
| | Other | **Other:** | [ ] 862 Black Lung (923) | State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 863 DIWC/DIWW (405(g)) | |
| | | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI | |
| | | [ ] 555 Prison Condition | [ ] 865 RSI (405(g)) | |
| | | [ ] 560 Civil Detainee - | **FEDERAL TAX SUITS** | |
| | | Conditions of | [ ] 870 Taxes (U.S. Plaintiff | |
| | | Confinement | or Defendant) | |
| | | **IMMIGRATION** | [ ] 871 IRS—Third Party | |
| | | [ ] 462 Naturalization Application | 26 USC 7609 | |
| | | [ ] 465 Other Immigration | | |
| | | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(a)

Brief description of cause:
See Schedule D

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE    Honorable Rebecca Beach Smith

DOCKET NUMBER    2:18-md-02836-RBS-DEM

DATE
9/22/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #               AMOUNT               APPLYING IFP               JUDGE               MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**    **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**    **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**    **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**    **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

## SCHEDULE A

1.    Preetha Chakrabarti
      CROWELL & MORING LLP
      590 Madison Avenue, 20th Floor
      New York, NY 10022-2544
      212.223.4000

2.    Daniel A. Sasse
      CROWELL & MORING LLP
      3 Park Plaza, 20th Floor
      Irvine, California 92614
      949.263.8400

3.    Tiffanie L. McDowell
      CROWELL & MORING LLP
      3 Park Plaza, 20th Floor
      Irvine, California 92614
      949.263.8400

4.    Kent A. Gardiner
      CROWELL & MORING LLP
      1001 Pennsylvania Avenue NW
      Washington, D.C. 20004
      202.624.2500

5.    Mark M. Supko
      CROWELL & MORING LLP
      1001 Pennsylvania Avenue NW
      Washington, D.C. 20004
      202.624.2500

6.    Diane A. Shrewsbury
      CROWELL & MORING LLP
      1001 Pennsylvania Avenue NW
      Washington, D.C. 20004
      202.624.2500

## SCHEDULE B

**DEFENDANTS**

MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; and GLENMARK PHARMACEUTICALS LTD.

**Schedule C**

*Merck & Company, Inc., Merck Sharp & Dohme Corporation, Schering-Plough Corporation, and Schering Corporation*

1.  Christopher D. Dusseault
    GIBSON DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: 213.229.7855
    Facsimile: 213.229.6855
    CDusseault@gibsondunn.com

2.  Samuel G. Liversidge
    GIBSON DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: 213.229.7855
    Facsimile: 213.229.6855
    SLiversidge@gibsondunn.com

3.  Eric J. Stock
    GIBSON DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: 212.351.2301
    Facsimile: 215.716.0801
    EStock@gibsondunn.com

*Glenmark Pharmaceuticals LTD*

1.  Zachary M. Johns
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    Telephone: 215.963.5000
    Facsimile: 215.963.5001
    Steven.Reed@morganlewis.com

2.  Geoffrey T. Holtz
    MORGAN, LEWIS & BOCKIUS LLP
    One Market Street, Spear Street Tower
    San Francisco, CA  94105
    Telephone: 415.442.1000
    Facsimile: 415.442.1001
    Geoffrey.Holtz@morganlewis.com

3.  Steven A. Reed
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    Telephone: 215.963.5000
    Facsimile: 215.963.5001
    Steven.Reed@morganlewis.com

4.  R. Brendan Fee
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    Telephone: 215.963.5000
    Facsimile: 215.963.5001
    Brendan.Fee@morganlewis.com

## SCHEDULE D

**VI. CAUSE OF ACTION**

**Brief description of cause:** Monopolization in Violation of Various State Antitrust Laws (Against Merck), Conspiracy to Monopolize in Violation of Various State Antitrust Laws (All Defendants), Conspiracy to Restrain Trade in Violation of Various State Antitrust Laws (All Defendants), Unfair and Deceptive Trade Practices in Violation of Various State Unfair Competition and Consumer Protection Laws (All Defendants), Monopolistic Scheme in Violation of Various State Antitrust Laws (Against Merck), Unjust Enrichment Under State Law (All Defendants)